# Exhibit A

**BID PROCEDURES**

Set forth below are the bidding procedures (the "Bid Procedures") to be employed with respect to the selection of the highest or otherwise best bid for the sale of real property located at 4421 East Highway 24, Loveland, Colorado, including all buildings, equipment (vending, retail, and camping), furniture, vehicles, and fixtures (collectively the "Assets"), owned by Loveland Essential Group, LLC (the "Debtor").[1] Except as otherwise provided in definitive documentation with respect to the sale of the Assets (the "Sale"), all of the Debtor's right, title and interest in and to the Assets shall be sold free and clear of all liens, claims, encumbrances and interests in accordance with section 363 of Title 11 of the United States Code (the "Bankruptcy Code"). As set forth in more detail below, if the Debtor receives at least one qualified bid other than the bid by the stalking horse bidder (the "Stalking Horse Bidder"), the Debtor will conduct an auction (the "Auction") to determine the highest and best bidder for the Assets.

**On [_____] (prevailing Mountain Time)**, the Bankruptcy Court will conduct a hearing at which the Debtor shall seek entry of an order authorizing and implementing the Bid Procedures (the "Bid Procedures Order"). Further, on [_____] **(prevailing Mountain Time)**, as further described below, the Bankruptcy Court will conduct a hearing (the "Sale Hearing") at which the Debtor shall seek entry of an order (the "Sale Order") authorizing and approving the Sale of the Assets pursuant to the terms and conditions set forth below and definitive sale documentation.

---

[1] The sale does not include Debtor's cash, bank accounts, accounts receivable, or personal property interest in 450 units of Rocky Mountain RV Essential Group, LLC.

1

## OBTAINING DUE DILIGENCE ACCESS

The Debtor shall afford each bidder reasonable due diligence information, including reasonable access to all written due diligence information provided to another bidder. Upon request, the Debtor shall provide site access at its sole discretion and within its reasonable business judgment.

## BID DEADLINE

The deadline for submitting bids shall be **[_____, 2012, at ___: 00 ___.m.] (prevailing Mountain Time) (the "Bid Deadline")**.

Prior to the Bid Deadline, any bidder that desires to make a bid shall deliver written copies of its bid to (i) counsel to the Debtor, Ethan J. Birnberg, Lindquist & Vennum P.L.L.P., 600 17th Street, Suite 1800 South, Denver, Colorado 80202.

## BID REQUIREMENTS

In order to be considered as a Qualified Bid, a bid must be a written irrevocable offer (i) stating that the bidder offers to consummate a sale; (ii) confirming that the offer shall remain open and irrevocable until the closing of a Sale to the successful bidder or the Next Highest Bidder (both as defined below); (iii) enclosing a copy of the proposed bid; and (iv) enclosing a certified or bank check or wire transfer to the Debtor equal to $200,000.00, as a deposit (the "Deposit"), (v) provide financial disclosures demonstrating the ability to close the sale; and (vi) a description of the due diligence the person or entity wishes to undertake prior to the Sale. All bids will be considered, but the Debtor reserves the right in its sole and absolute discretion to reject any or all bids.

The Debtor requires that any bid for the Assets (i) not be conditioned on obtaining financing or the outcome of any unperformed due diligence by the bidder; (ii) not request or entitle the bidder to any break-up fee, expense reimbursement or similar type of payment;

2

(iii) contain written evidence that the bidder has the requisite corporate or similar authority to consummate the proposed Sale; and (iv) offer a cash amount not less than $3,500,000.00 or the stalking horse bid plus $150,000.00, whichever is greater.[2]

## BREAK-UP FEE

The Debtor reserves the right to seek approval of an Asset Purchase Agreement with the Stalking Horse Bidder (the "Stalking Horse APA"). The Stalking Horse APA will provide for a break-up fee of 3% of the bid, payable to the Stalking Horse Bidder in the event that the Stalking Horse Bidder is not the purchaser of the Assets (collectively, the "Break-Up Fee"). The amount of the Break-Up Fee shall be considered by the Debtor in determining the highest or otherwise best bid and the net value that the Debtor and its estate will realize at any Auction. The Stalking Horse APA shall be approved by the Court.

## AUCTION

If at least one qualified bid other than the bid from the Stalking Horse Bidder is received by the Bid Deadline, the Auction with respect to the Assets shall take place on **[_____, 201_, at ___:00 ___.m.] (prevailing Mountain Time)** at the offices of Lindquist & Vennum P.L.L.P., 600 17th Street, Suite 1800 South, Denver, Colorado 80202. In the event that the Auction date is changed, the Debtor will provide appropriate notice to each of the Qualified Bidders and other invitees of the date, time, and place for the Auction. Only bidders who have submitted a Qualified Bid prior to the Bid Deadline will be eligible to participate at the Auction.

If no bid other than the bid from the Stalking Horse Bidder is received by the Bid

---

[2] Debtor is currently negotiating a Stalking Horse APA for the purchase price of $3,230,00.00, which is subject to Court approval once finalized. Parties that wish to contract as the Stalking Horse Bidder for a higher purchase price must contact Debtor's counsel immediately.

3

Deadline, then the Auction will not be held, and subject to entry of an order approving the sale to the Stalking Horse Bidder, the Stalking Horse Bidder shall purchase, acquire, and accept from the Debtor, and the Debtor shall sell, transfer, assign, convey and deliver to the Stalking Horse Bidder all of Debtor's right, title and interest in the Assets, free and clear of all liens, claims, interests and encumbrances to the extent permissible under section 363(f) of the Bankruptcy Code.

The bidding at the Auction shall start at the highest bid amount received by the Debtor prior to commencement of the Auction and disclosed to all Qualified Bidders. The minimum purchase price shall be $3,500,00.00 and increments of $50,000.00 thereafter until there is a Successful Bid (as defined below) and a Next Highest Bid (as defined below).

Prior to concluding the Auction, the Debtor shall (i) review each bid on the basis of its financial and contractual terms and the factors relevant to the sale process and the best interests of the Debtor's estate and creditors and (ii) determine in its sole and absolute discretion which bid is the highest or otherwise best bid (the "Successful Bid") and the next highest or otherwise best offer after the Successful Bid (the "Next Highest Bid").

## ACCEPTANCE OF THE SUCCESSFUL BID

The Debtor will present the results of the Auction to the Bankruptcy Court at the Sale Hearing, at which the Debtor will seek certain findings from the Bankruptcy Court regarding the Auction including, among other things, that (i) the Auction was conducted in a fair and reasonable manner and the successful bidder was selected in accordance with the Bid Procedures, and (ii) consummation of the Sale contemplated by the Successful Bid will provide the highest or otherwise best value for the Assets and is in the best interests of the Debtor and its estate.

The Debtor shall be deemed to have accepted the Successful Bid upon (i) approval by the

5

Bankruptcy Court and (ii) the closing of the Sale. The Debtor shall return each unsuccessful bidder's Deposit, without interest, within two business days after closing of the Sale. In the event that, for any reason, the successful bidder fails to close the Sale contemplated by its Successful Bid, then, without notice to any other party or further Bankruptcy Court order, the Debtor shall be authorized to close the Sale with the Qualified Bidder that submitted the Next Highest Bid (the "Next Highest Bidder") in accordance with the foregoing procedures. **If the successful bidder fails to close the contemplated Sale, that bidder forfeits its deposit to the Debtor.**

## RESERVATION OF RIGHTS

The Debtor reserves the right in its sole and absolute discretion to (i) determine which bid is the highest or best proposal and which is the next highest or best proposal; and (ii) reject any bid that is (a) inadequate or insufficient, or (b) not in conformity with the requirements of the Bid Procedures Order or the requirements of the Bankruptcy Code. The Debtor reserves the right to adopt rules for the Auction at or prior to the Auction that will better promote the goals of the Auction. All such rules shall be fully disclosed to all bidders.