IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LOVELAND ESSENTIAL GROUP, LLC ) | Case No. 11-38054 EEB |
| EIN: 20-4451461, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

ORDER GRANTING MOTION TO APPROVE SETTLEMENT

THIS MATTER is before the Court on the Motion to Approve Settlement (the "Motion") filed by Loveland Essential Group, LLC (the "Debtor"). The Court has reviewed the Motion and the file in this matter and is otherwise advised. It is hereby

ORDERED that the Debtor's Motion is GRANTED;

IT IS FURTHER ORDERED that the settlement releasing the judgment lien, attached to the Debtor's Motion as Exhibit A, is APPROVED.

Dated this 29th day of October, 2012.

BY THE COURT:

_Elizabeth E. Brown_
United States Bankruptcy Judge

DOCS-#3766265-v1