*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY*

*Minute Order*

| | | |
|---|---|---|
| Date: **January 9, 2013** | | Honorable Elizabeth E. Brown, Presiding<br>Merrie Kippur, Law Clerk |

| | | | |
|---|---|---|---|
| In re: **Loveland Essential Group, LLC** | | Debtor(s). | Case No. **11-38054 EEB**<br>Chapter **11** |

Appearances

| | | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | **Randy Jackson** | Counsel | **John Smiley** |
| Creditor | **Grommon Farms, Inc., Gary and Connie Grommon** | Counsel | **Erik Fischer** |
| Creditor | **Pool Tyme, LLC and Martin Jara** | Counsel | **Roger Clark** |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:  Evidentiary Hearing on:
1. Debtor's Motion to Sell Free and Clear of Liens and the Joint Response in Opposition filed by Grommon Farms, Inc., Gary and Connie Grommon, Pool Tyme, LLC, and Martin Jara;
2. Debtor's Motion for Entry of Bidding Procedures Order and the Joint Response in Opposition filed by Grommon Farms, Inc., Gary and Connie Grommon, Poll Tyme, LLC, and Martin Jara:
3. Debtor's Application to Employ Sperry Van Ness Auction Services as Marketing Agent and the Objection filed by Grommon Farms, Inc., and Gary and Connie Grommon.

[ ] Witnesses sworn     [ ] See attached list     [ ] Exhibits entered     [ ] See attached list     [X] Evidentiary[1]

[X] The parties informed the Court regarding the terms of a settlement and requested the Court set dates for bids, the auction, objections to the sale and a hearing on the Sale Motion. Mr. Smiley informed the Court that revised bidding procedures need to be finalized and requested shortened notice for the amended motions.

Orders:

   [ ]   Formal order or judgment to enter

   [ ]   Continued to

[X]  The Debtor shall file and serve amended motions, along with notices highlighting the changes from the original motions, **on or before Friday, January 11, 2013**. The deadline for objections shall be 7 days from the date of mailing. Bids shall be due **on or before June 17, 2013**. The auction of the property will be held in Mr. Smiley's office on **June 18, 2013**. Objections to the sale/proposed winning bid shall be due **on or before noon MDT on Thursday, June 20, 2013**. The Court will hold a hearing on the Debtor's Motion to Sell Free and Clear of Liens **on Friday, June 21, 2013 at 9:30 a.m.** in Courtroom C501, Byron Rogers Courthouse, 1929 Stout Street., Denver, Colorado.

Date: **January 9, 2013**     BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
United States Bankruptcy Judge

---

[1]This hearing is considered evidentiary for statistical reporting purposes.