IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| LOVELAND ESSENTIAL GROUP, LLC, | ) Case No. 11-38054 EEB |
| | ) |
| EIN: 20-4451461 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**DEBTOR'S SUPPLEMENT TO MOTION FOR ENTRY OF BIDDING PROCEDURES ORDER PURSUANT TO FED.R.BANKR.P. 6004(f)(1)**

Debtor-in-Possession, Loveland Essential Group, LLC ("Debtor"), through its counsel, respectfully requests that this Court enter a Bidding Procedures Order with respect to Debtor's contemplated sale of its real property. The Debtor hereby supplements its previous motion, and states:

1. On October 26, 2012, the Debtor filed its Motion for Entry of Bidding Procedures Order Pursuant to Fed.R.Bankr. P. 6004(f)(1) (the "Motion"). *See* Dkt. # 161.

2. On November 30, 2012, creditors Grommon Farms, Inc., Gary Grommon, and Connie Grommon (collectively, "Grommon"), and Pool Tyme, LLC and Martin Jara (collectively, "Jara") filed a joint objection to the Motion. *See* Dkt. # 192.

3. The objection was resolved by the parties. The compromised bidding procedures were provided to the Court on January 9, 2013. The Court ordered the Debtor to file amended motions and provide a 7-day notice period any further objection. *See* Dkt. # 201.

4. Attached hereto as **Exhibit A** is the amended bidding procedures. Exhibit A supplements and supersedes the exhibit attached to the Motion as Dkt. # 161-1.

5. The following is a summary of the material changes to the Motion:

   a. As a result of Colorado RV, LLC withdrawing its stalking horse bid, the

procedures regarding a break-up fee and minimum purchase price have been removed;

b. An auction will be held if two or more qualified bids are received;

c. Home State Bank has an expressed right to credit bid;

d. Key events and dates amended through this supplement to the bidding procedures are as follows:

| Event | Date/Time (Mountain Time) |
|---|---|
| **Bid Deadline** | **June 17, 2013 @ 1:00 p.m.** |
| **Auction Date** | **June 18, 2013 @ 9:00 a.m.** |
| **Objection to Sale Deadline** | **June 20, 2013 @ 12:00 p.m.** |
| **Sale Hearing Date** | **June 21, 2013 @ 9:30 a.m.** |

For the reasons stated herein, the Debtor respectfully requests that the Court adopt and implement the Bidding Procedures as supplemented, and enter an Order approving the Bidding Procedures described in Exhibit A.

Dated this 11th day of January, 2013.

**LINDQUIST & VENNUM P.L.L.P.**

By:  /s/ Ethan J. Birnberg
       John C. Smiley, #16210
       Ethan J. Birnberg, #43343
600 Seventeenth Street, Suite 1800-S
Denver, Colorado 80202-5441
Telephone:  (303) 573-5900
Facsimile:  (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: ebirnberg@lindquist.com

Counsel for Loveland Essential Group, LLC

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 11th day of January 2013, I served by U.S. Mail, prepaid, first class, a copy of the foregoing **DEBTOR'S SUPPLEMENT TO MOTION FOR ENTRY OF BIDDING PROCEDURES ORDER PURSUANT TO FED.R.BANKR.P. 6004(f)(1)** on the parties on the attached list.

        /s/ Brandon Blessings

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 11-38054-EEB<br>District of Colorado<br>Denver<br>Fri Jan 11 11:45:50 MST 2013 | Accelerated Payment Tech.<br>2436 West 700 S<br>Pleasant Grove, UT 84062-3740 | Ethan Birnberg<br>600 17th St., Ste. 1800<br>Denver, CO 80202-5402 |
| Brian Hedberg<br>4421 E Hwy 34<br>Loveland, CO 80537-8950 | Douglas W Brown<br>2000 S. Colorado Blvd.<br>Tower Two<br>Ste. 700<br>Denver, CO 80222-7900 | City of Loveland<br>500 E. Third Street<br>Loveland, CO 80537-5700 |
| Roger E. Clark<br>2881 N. Monroe Ave<br>Suite No. 1<br>Loveland, CO 80538-3295 | Cline Williams Wright Johnson Oldfather<br>233 S. 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE 68508 | Coffman Reporting<br>1440 Blake Street, Suite 320<br>Denver, CO 80202-1489 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 | Colorado Department of Revenue<br>State of Colorado<br>Denver, CO 80261-0009 | Comcast<br>P.O. Box 34744<br>Seattle, WA 98124-1744 |
| Connie Grommon<br>c/o Erik G. Fischer<br>Erik G. Fischer, P.C.<br>P. O. Box 506<br>Fort Collins, CO 80522-0506 | Connie Grommon<br>c/o Erik G. Fischer, P.C.<br>125 South Howes Street, Suite 900<br>Post Office Box 506<br>Fort Collins, CO 80522-0506 | Deep Rock Water<br>Dept 2146<br>Denver, CO 80271-2146 |
| Neal K. Dunning<br>2000 S. Colorado Blvd.<br>Tower Two<br>Ste. 700<br>Denver, CO 80222-7900 | Essential Group Management, LLC<br>4913 Trillium Lane<br>Minneapolis, MN 55435-4017 | Essential Group, LLC<br>4913 Trillium Lane<br>Minneapolis, MN 55435-4017 |
| Ferrellgas<br>P.O. Box 173940<br>Denver, CO 80217-3940 | Ferrellgas, Inc.<br>One Liberty Plaza, MD#40<br>Liberty, MO 64068-2971 | Erik G. Fischer<br>125 S. Howes St.<br>Ste. 900<br>Fort Collins, CO 80521-2747 |
| Gary Grommon<br>c/o Erik G. Fischer, P.C.<br>125 South Howes Street - Suite 900<br>Post Office Box 506<br>Fort Collins, CO 80522-0506 | Gary and Connie Grommon<br>c/o Erik G. Fischer PC<br>125 S. Howes-Suite 900<br>Fort Collins, CO 80521-2747 | Alison Goldenberg<br>999 18th St<br>Suite 1551<br>Denver, CO 80202-2415 |
| Grommon Farms, Inc.<br>22868 WCR #5<br>Berthoud, CO 80513 | Grommon Farms, Inc.<br>c/o Erik G. Fischer PC<br>125 S. Howes-Suite 900<br>Fort Collins, CO 80521-2747 | HSB Merchant Services<br>935 N. Cleveland Ave.<br>Loveland, CO 80537-4718 |
| Gordon Hadfield<br>125 S. Howes St., Ste. 900<br>Ft. Collins, CO 80521-2747 | Home State Bank<br>c/o Neal K. Dunning<br>2000 S. Colorado Blvd.,  2-700<br>Denver, CO 80222-7930 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Larimer County Treasurer<br>P.O. Box 1190<br>Fort Collins, CO 80522-1190 | Little Thompson Water<br>835 E. State Hwy 56<br>Berthoud, CO 80513-9237 |
| Loveland Essential Group, LLC<br>4913 Trillium Ln.<br>Edina, MN 55435-4017 | M.R. Bailey, Jr.<br>91 Alder Lane<br>Green Forest, AR 72638-3559 | Mike Adrzejek<br>4421 E Hwy 34<br>Loveland, CO 80537-8950 |
| National Registered Agents<br>P.O. Box 927<br>West Windsor, NJ 08550-0927 | Office Max, Inc.<br>P.O. Box 101705<br>Atlanta, GA 30392-1705 | Pinnacol Assurance W/C<br>Dept. 500<br>Denver, CO 80281-0500 |
| Pool Tyme, LLC and Martin Jara<br>c/o Cline Williams Law Firm<br>330 S. College Ave., Suite 300<br>Fort Collins, CO 80524-7162 | Randy Jackson Revocable Trust<br>3912 Bidens Gate Drive<br>Timnath, CO 80547-2238 | Roberto Huerta<br>4421 E Highway 34<br>Loveland, CO 80537-8950 |
| Sam's Club<br>P.O. Box 530981<br>Atlanta, GA 30353-0981 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 |
| John C. Smiley<br>600 17th St.<br>Ste. 1800-S<br>Denver, CO 80202-5441 | State of Colorado<br>1375 Sherman Street<br>Denver, CO 80261-0001 | The Dow Law Firm, LLC<br>323 S. College Ave., Suite 5<br>Fort Collins, CO 80524-2845 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Waste Management<br>40950 Weld CR 25<br>Ault, CO 80610 | Woodalls, Trailer Life<br>2575 Vista Del Mar Dr.<br>Ventura, CA 93001-3920 |
| Xcel Energy<br>P.O. Box 840<br>Denver, CO 80201-0840 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Elizabeth E. Brown | (u)Centerra/City of Loveland | (d)Connie Grommon<br>c/o Erik G. Fischer<br>Erik G. Fischer, P.C.<br>P.O. Box 506<br>Fort Collins, CO 80522-0506 |
| (d)Essential Group Management, LLC<br>4913 Trillium lane<br>Minneapolis, MN 55435-4017 | (u)Gary Grommon | (u)Grommon Farms, Inc. |
| (du)Grommon Farms, Inc. | (u)Home State Bank | (u)Martin Jara |
| (u)Pool Tyme, LLC | | |

End of Label Matrix
Mailable recipients    51
Bypassed recipients    10
Total                  61