## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LOVELAND ESSENTIAL GROUP, LLC, | ) | Case No. 11-38054 EEB |
| | ) | |
| EIN: 20-4451461 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTOR'S SUPPLEMENT TO APPLICATION TO EMPLOY SPERRY VAN NESS AUCTION SERVICES AS MARKETING AGENT

Debtor-in-Possession, Loveland Essential Group, LLC ("Debtor"), through its counsel, hereby supplements the application for an order authorizing the employment of Sperry Van Ness Auction Services, LLC as marketing agent to sell the Debtor's real property.

1.      On September 19, 2012, the Debtor filed an Application to Employ Sperry Van Ness Auction Services, LLC as marketing agent (the "Application").  *See* Dkt. # 139.  A copy of the application is attached.

2.      On October 9, 2012, creditors Grommon Farms, Inc., Gary Grommon, and Connie Grommon (collectively, "Grommon"), filed an objection to the Application.  *See*  Dkt. # 154.

3.      The objection was resolved by the parties.  The revised employment terms were provided to the Court on January 9, 2013.  The Court ordered the Debtor to file an amended application and provide a 7-day notice period any further objection.  *See* Dkt. # 201.

4.      The material change to the application concerns the withdrawal of the stalking horse bid.  The parties have agreed that no stalking horse bid will be approved, and have amended the bidding procedures accordingly.

5.      Therefore, the application is hereby supplemented to remove the 3% commission provided to Sperry Van Ness Auction Services, LLC if the stalking horse bidder was the successful purchaser.  Sperry Van Ness Auction Services, LLC's only compensation term is a 5% commission.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

a.   authorizing the Debtor to employ Sperry Van Ness Auction Services as listing agent/broker for the Property, pursuant to 11 U.S.C. § 327;

b.   compensate the Broker upon the Court's approval of the sale at a 5% commission rate; and

c.   for such other and further relief as the Court deems appropriate.

Dated this 11th day of January, 2013.

**LINDQUIST & VENNUM P.L.L.P.**

By:  /s/ Ethan J. Birnberg
     John C. Smiley, #16210
     Ethan J. Birnberg, #43343
600 Seventeenth Street, Suite 1800-S
Denver, Colorado 80202-5441
Telephone:  (303) 573-5900
Facsimile:  (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: ebirnberg@lindquist.com

Counsel for Loveland Essential Group, LLC

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 11th day of January 2013, I served by U.S. Mail, prepaid, first class, a copy of the foregoing **DEBTOR'S SUPPLEMENT TO APPLICATION TO EMPLOY SPERRY VAN NESS AUCTION SERVICES AS MARKETING AGENT** on the parties on the attached list.


_____/s/ Brandon Blessings_____

Label Matrix for local noticing
1082-1
Case 11-38054-EEB
District of Colorado
Denver
Fri Jan 11 11:45:50 MST 2013

Accelerated Payment Tech.
2436 West 700 S
Pleasant Grove, UT 84062-3740

Ethan Birnberg
600 17th St., Ste. 1800
Denver, CO 80202-5402

Brian Hedberg
4421 E Hwy 34
Loveland, CO 80537-8950

Douglas W Brown
2000 S. Colorado Blvd.
Tower Two
Ste. 700
Denver, CO 80222-7900

City of Loveland
500 E. Third Street
Loveland, CO 80537-5700

Roger E. Clark
2881 N. Monroe Ave
Suite No. 1
Loveland, CO 80538-3295

Cline Williams Wright Johnson Oldfather
233 S. 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508

Coffman Reporting
1440 Blake Street, Suite 320
Denver, CO 80202-1489

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-0001

Colorado Department of Revenue
State of Colorado
Denver, CO 80261-0009

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Connie Grommon
c/o Erik G. Fischer
Erik G. Fischer, P.C.
P. O. Box 506
Fort Collins, CO 80522-0506

Connie Grommon
c/o Erik G. Fischer, P.C.
125 South Howes Street, Suite 900
Post Office Box 506
Fort Collins, CO 80522-0506

Deep Rock Water
Dept 2146
Denver, CO 80271-2146

Neal K. Dunning
2000 S. Colorado Blvd.
Tower Two
Ste. 700
Denver, CO 80222-7900

Essential Group Management, LLC
4913 Trillium Lane
Minneapolis, MN 55435-4017

Essential Group, LLC
4913 Trillium Lane
Minneapolis, MN 55435-4017

Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940

Ferrellgas, Inc.
One Liberty Plaza, MD#40
Liberty, MO 64068-2971

Erik G. Fischer
125 S. Howes St.
Ste. 900
Fort Collins, CO 80521-2747

Gary Grommon
c/o Erik G. Fischer, P.C.
125 South Howes Street - Suite 900
Post Office Box 506
Fort Collins, CO 80522-0506

Gary and Connie Grommon
c/o Erik G. Fischer PC
125 S. Howes-Suite 900
Fort Collins, CO 80521-2747

Alison Goldenberg
999 18th St
Suite 1551
Denver, CO 80202-2415

Grommon Farms, Inc.
22868 WCR #5
Berthoud, CO 80513

Grommon Farms, Inc.
c/o Erik G. Fischer PC
125 S. Howes-Suite 900
Fort Collins, CO 80521-2747

HSB Merchant Services
935 N. Cleveland Ave.
Loveland, CO 80537-4718

Gordon Hadfield
125 S. Howes St., Ste. 900
Ft. Collins, CO 80521-2747

Home State Bank
c/o Neal K. Dunning
2000 S. Colorado Blvd., 2-700
Denver, CO 80222-7930

IRS
PO Box 7346
Philadelphia PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Larimer County Treasurer
P.O. Box 1190
Fort Collins, CO 80522-1190

Little Thompson Water
835 E. State Hwy 56
Berthoud, CO 80513-9237


Loveland Essential Group, LLC
4913 Trillium Ln.
Edina, MN 55435-4017

M.R. Bailey, Jr.
91 Alder Lane
Green Forest, AR 72638-3559

Mike Adrzejek
4421 E Hwy 34
Loveland, CO 80537-8950


National Registered Agents
P.O. Box 927
West Windsor, NJ 08550-0927

Office Max, Inc.
P.O. Box 101705
Atlanta, GA 30392-1705

Pinnacol Assurance W/C
Dept. 500
Denver, CO 80281-0500


Pool Tyme, LLC and Martin Jara
c/o Cline Williams Law Firm
330 S. College Ave., Suite 300
Fort Collins, CO 80524-7162

Randy Jackson Revocable Trust
3912 Bidens Gate Drive
Timnath, CO 80547-2238

Roberto Huerta
4421 E Highway 34
Loveland, CO 80537-8950


Sam's Club
P.O. Box 530981
Atlanta, GA 30353-0981

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656


John C. Smiley
600 17th St.
Ste. 1800-S
Denver, CO 80202-5441

State of Colorado
1375 Sherman Street
Denver, CO 80261-0001

The Dow Law Firm, LLC
323 S. College Ave., Suite 5
Fort Collins, CO 80524-2845


US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Waste Management
40950 Weld CR 25
Ault, CO 80610

Woodalls, Trailer Life
2575 Vista Del Mar Dr.
Ventura, CA 93001-3920


Xcel Energy
P.O. Box 840
Denver, CO 80201-0840


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Elizabeth E. Brown | (u)Centerra/City of Loveland | (d)Connie Grommon<br>c/o Erik G. Fischer<br>Erik G. Fischer, P.C.<br>P.O. Box 506<br>Fort Collins, CO 80522-0506 |
| (d)Essential Group Management, LLC<br>4913 Trillium lane<br>Minneapolis, MN 55435-4017 | (u)Gary Grommon | (u)Grommon Farms, Inc. |
| (du)Grommon Farms, Inc. | (u)Home State Bank | (u)Martin Jara |
| (u)Pool Tyme, LLC | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients    10<br>Total                  61 | |