IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br>LOVELAND ESSENTIAL GROUP, LLC, <br><br>EIN: 20-4451461 <br><br>Debtor. | ) <br> ) <br> ) Case No. 11-38054 EEB <br> ) <br> ) <br> ) Chapter 11 <br> ) |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF BIDDING PROCEDURES ORDER PURSUANT TO FED.R.BANKR.P. 6004(f)(1)**

THIS MATTER is before the Court on the Motion for Entry of Bidding Procedures Order Pursuant to Fed.R.Bankr.P. 6004(f)(1) (the "Motion") and the Supplement to the Motion (the "Supplement"), filed by the Debtor. The Court has reviewed the Motion and Supplement and finds that the Bidding Procedures as amended on January 11, 2013 are an appropriate strategy for maximizing the value of the Debtor's assets for the benefit of the estate and its creditors. For the reasons stated on the record, it is hereby

ORDERED that the Debtor's Motion is GRANTED;

IT IS FURTHER ORDERED that the Bidding Procedures, attached to the Debtor's Supplement filed on January 11, 2013 as **Exhibit A**, are APPROVED.

DATED this 28th day of January, 2013.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
United States Bankruptcy Judge